IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS CHAVEZ, JR.; and JASON MICHAEL SOFRANAC,

       Plaintiffs,

vs.

DANAHER CORP.; and HENNESSEY INDUSTRIES, INC.,

       Defendants.

      No. CIV S-11-2441 KJM-KJN

_____/

COSTCO, INC.,

       Plaintiff,

vs.

DANAHER CORP.; and HENNESSEY INDUSTRIES, INC.,

       Defendants.

      No. CIV S-11-2466 MCE-CKD

      <u>RELATED CASE ORDER</u>

_____/

      Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Both actions involve the same defendants and event, are based on the same claim, and involve similar questions of fact. Accordingly, the assignment of

///

1   these matters to the same judge is likely to effect a substantial savings of judicial effort and is
2   likely to be convenient for the parties.
3          The parties should be aware that relating cases under Rule 123 causes the actions
4   to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
5   cases are generally assigned to the judge and magistrate judge to whom the first filed action was
6   assigned.
7          As a result, it is hereby ORDERED that CIV S-11-2466 MCE-CKD, is reassigned
8   from Judge England  to the undersigned and from Magistrate Judge Delaney to Magistrate Judge
9   Newman.  Henceforth, the caption on documents filed in the reassigned case shall be shown as:
10  CIV S-11-2466 KJM-KJN.
11         It is further ORDERED that the Clerk of the Court make appropriate adjustment
12  in the assignment of civil cases to compensate for this reassignment.
13         IT IS SO ORDERED.
14  DATED:  November 2, 2011.

_____
UNITED STATES DISTRICT JUDGE